IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL E. HOPSON                                                                PLAINTIFF

v.                                        CIVIL NO. 10-2080

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                   DEFENDANT

## **O R D E R**

For reasons stated in a memorandum opinion of this date, we hereby grant Plaintiff's motion and remand this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 9th day of June 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE